STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. STEPHEN CARRIGAN, PLAINTIFF IN ERROR.

Argued March 4, 1920—Decided June 14, 1920.

On error to the Supreme Court, whose opinion is reported in 93 *N. J. L.* 268.

For the defendant in error, *J. Henry Harrison.*

For the plaintiff in error, *Andrew Van Blarcom.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—SWAYZE, TRENCHARD, BERGEN, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, JJ. 7.

*For reversal*—PARKER, KALISCH, WHITE, TAYLOR, JJ. 4.